**ANDERSON KILL P.C.**
Robert D. Chesler, Esq.
Steven J. Pudell, Esq.
One Gateway Center, Suite 1500
Newark, NJ 07102
Tel: 973-642-5858
Facsimile: 973-621-6461
rchesler@andersonkill.com
spudell@andersonkill.com
*Attorneys for Plaintiff*
*Madison Board of Education*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MADISON BOARD OF EDUCATION,<br><br>Plaintiff,<br>vs.<br><br>ATLANTIC EMPLOYERS INSURANCE COMPANY<br><br>and<br><br>CENTURY INDEMNITY COMPANY, as successor to THE INSURANCE COMPANY OF NORTH AMERICA,<br>Defendants. | CIVIL ACTION NO.:2:24-CV-09223-JXN-MAH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Madison Board of Education (the "Board") and Defendants Atlantic Employers Insurance Company and Century Indemnity Company, as successor to CCI Insurance Company, as successor to The Insurance Company of North America, through their undersigned counsel, that all claims and counter-claims, as set forth in the various pleadings, are hereby dismissed with prejudice and without costs to any party.

/s/ Steven J. Pudell, Esq.
Steven J. Pudell, Esq.
Robert D. Chesler, Esq.
Sean D. McCabe, Esq. (*Pro Hac Vice*)
**ANDERSON KILL P.C.**
One Gateway Center, Suite 1500
Newark, NJ 07102
T (973) 642-5858
F (973) 621-6361
***Attorneys for Plaintiff***
***Madison Board of Education***

/s/ Marianne G. May, Esq.
Marianne G. May, Esq.
Meghan Goodwin, Esq.
**CLYDE & CO LLP**
340 Mt. Kemble Avenue, Suite 300
Morristown , New Jersey 07960
T (973) 210 6700
F (973) 210 6701
***Attorneys for Defendants***
***Atlantic Employers Insurance Company and Century Indemnity Company, as successor to CCI Insurance Company, as successor to The Insurance Company of North America***

**So ORDERED on 9/30/2025:**

**JULIEN XAVIER NEALS**
**United States District Judge**



docs-100761814.1